# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FRANK D. GRUTTADAURIA,<br>DH STRATEGIC PARTNERS, INC.,<br>JYM TRADING TRUST,<br>LAURENE U. ENGLISH,<br>   a.k.a. LAURENE U. KACLUDIS,<br><br>Defendants,<br><br>SARAH Z. EMAMY,<br>CHARLIE WHISKEY LLC,<br>MARGO GRUTTADAURIA,<br><br>Relief Defendants. | No. 1:02CV324<br>(Judge Gaughan) |

## ORDER

In furtherance of this Court's Order of February 6, 2004, it is

**Ordered** that $25,000 from the escrow account at National City Bank is released to Terrence J. Steel as court-appointed Liquidation Agent and transferred to the bank account set up by the Liquidation Agent for the sole purpose of paying expenses related to the insurance, maintenance, upkeep and sale of the property located at 1829 Berkshire Road, Gates Mill, Ohio.

**Ordered** that the Liquidation Agent pay expenses related to the insurance, maintenance, upkeep and sale of the property located at 1829 Berkshire Road, Gates Mill, Ohio. The Securities and Exchange Commission will be responsible for the approval of

the payment of expenses related to the insurance, maintenance, upkeep and sale of the Property as described above. Upon approval by the Commission staff, the Liquidation Agent will pay expenses as related to the insurance, maintenance, upkeep and sale of the property located at 1829 Berkshire Road, Gates Mill, Ohio. The Liquidation Agent will provide an accounting of all monies held in the account and disbursed. The Liquidation agent also agrees to return any and all remaining funds, after expenses, to the Court's escrow account.

It is so Ordered:

Dated: 7/18/05

/s/ Patricia A. Gaughan